IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA, )
 )
       Plaintiff, )
 ) Case No. 4:13-cv-160
v. )
 )
MICHAEL K. NUNN, )
 )
       Defendant. )

## CONSENT ORDER FOR ENTRY OF JUDGMENT

It appearing to the Court that, based upon a Settlement Agreement entered between the United States and defendant Michael K. Nunn, that the United States and defendant have agreed to a judgment without further litigation, and such judgment being acceptable to the Court, it is hereby ORDERED and ADJUDGED as follows:

ORDERED that judgment be entered against defendant Michael Nunn in the amount of $594,430, plus interest at 5% per annum and future costs. The Clerk is ordered to enter judgment as set forth herein.

SO ORDERED this 12 day of July, 2013.

                              Senior UNITED STATES DISTRICT JUDGE

Approved as to Form and Substance:

THOMAS G. WALKER
United States Attorney

NEAL I. FOWLER
Asst. United States Attorney
Civil Division
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4049

JOHN KEATING WILES
Cheshire Parker Schneider & Bryan
133 Fayetteville Street Mall
P.O. Box 1029
Raleigh, NC 27602
Telephone: (919) 833-3114
Counsel for Defendant