UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| Michael K. Nunn, ) | No. 4:13-CV-160-BR | |
| Defendant. ) | | |
| ) | | |

**Decision by Court.** This action came before Senior United States District Judge W. Earl Britt for the consideration of Parties' Consent Order.

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered against defendant Michael Nunn in the amount of $594,430.00 plus interest at 5% per annum and future costs.

**This judgment filed and entered on July 30, 2013, and served on:**

Neal I. Fowler (Via CM/ECF Notice of Electronic Filing)
John Keating Wiles (Via CM/ECF Notice of Electronic Filing)

July 30, 2013 /s/ Julie A. Richards,
  Clerk of Court